1  STEPHENSON, ACQUISTO & COLMAN
2  MELANIE JOY YOUNG (STEPHENSON), ESQ. (SBN 113755)
   BARRY SULLIVAN, ESQ.     (SBN 136571)
3  RICHARD A. LOVICH, ESQ. (SBN 113472)
4  MONICA SZKOPEK, ESQ.     (SBN 263760)
   303 N. Glenoaks Blvd., Suite 700
5  Burbank, CA 91502

6  Telephone:  (818) 559-4477
7  Facsimile:   (818) 559-5484

8  Attorneys for Plaintiff
   THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON
9  AREAS d.b.a VALLEYCARE HEALTH SYSTEM, and also as
10 VALLEYCARE MEMORIAL HOSPITAL, a California non-profit, public
11 benefit corporation

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS d.b.a VALLEYCARE HEALTH SYSTEM, and also as VALLEYCARE MEMORIAL HOSPITAL, a California non-profit, public benefit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KATHLEEN SEBELIUS, as Secretary of the United States Department of Health and Human Services, <br><br> Defendants. | Case No.: C10-00579 CRB <br><br> [Assigned for all purposes to: *Hon. Charles R. Breyer*] <br><br><br> **STIPULATION FOR DISMISSAL;** **[PROPOSED] ORDER** |

////
////

FC7054                       - 1 -    STIPULATION FOR DIMISSAL; [PROPOSED] ORDER

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that the above-captioned action is dismissed with
3  prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a) (1) (ii) without fees and cost
4  assessed to either party.

6  SO STIPULATED.

8  Dated :10/02/2012

STEPHENSON, ACQUISTO & COLMAN

/S/

MONICA SZKOPEK
Attorney for Plaintiff
THE HOSPITAL COMMITTEE FOR
THE LIVERMORE-PLEASANTON
AREAS, et al.

Dated: 10/02/2012

UNITED STATES DEPATMENT OF
JUSTICE, CIVLI DIVISION

/S/

PETER BRYCE
Attorney for
KATHLEEN SEBELIUS, as Secretary of
the United States Department of Health and
Human Services

FC7054

- 2 -  STIPULATION FOR DIMISSAL; [PROPOSED] ORDER

# ~~[PROPOSED]~~ ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing therefore.

IT IS HEREBY ORDERED THAT:

The above-captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(ii) without fees and cost being assessed to either party.

Dated: Oct. 5, 2012    By: 

FC7054    - 3 -    STIPULATION FOR DIMISSAL; [PROPOSED] ORDER