| | |
|---|---|
| 1 | STEPHENSON, ACQUISTO & COLMAN |
| 2 | MELANIE JOY YOUNG (STEPHENSON), ESQ. (SBN 113755) |
| | BARRY SULLIVAN, ESQ.     (SBN 136571) |
| 3 | RICHARD A. LOVICH, ESQ. (SBN 113472) |
| 4 | MONICA SZKOPEK, ESQ.     (SBN 263760) |
| | 303 N. Glenoaks Blvd., Suite 700 |
| 5 | Burbank, CA 91502 |
| 6 | Telephone:  (818) 559-4477 |
| 7 | Facsimile:   (818) 559-5484 |
| 8 | Attorneys for Plaintiff |
| 9 | THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON |
| | AREAS d.b.a VALLEYCARE HEALTH SYSTEM, and also as |
| 10 | VALLEYCARE MEMORIAL HOSPITAL, a California non-profit, public |
| 11 | benefit corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS d.b.a VALLEYCARE HEALTH SYSTEM, and also as VALLEYCARE MEMORIAL HOSPITAL, a California non-profit, public benefit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KATHLEEN SEBELIUS, as Secretary of the United States Department of Health and Human Services, <br><br> Defendants. | Case No.: C10-00579 CRB <br><br> [Assigned for all purposes to: *Hon. Charles R. Breyer*] <br><br> **STIPULATION FOR DISMISSAL;** ~~[PROPOSED]~~ **ORDER** |

////

////

FC7054 — - 1 - — STIPULATION FOR DIMISSAL; [PROPOSED] ORDER

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that the above-captioned action is dismissed with
3  prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a) (1) (ii) without fees and cost
4  assessed to either party.

6  SO STIPULATED.

8  Dated :10/02/2012

STEPHENSON, ACQUISTO & COLMAN

/S/

MONICA SZKOPEK
Attorney for Plaintiff
THE HOSPITAL COMMITTEE FOR
THE LIVERMORE-PLEASANTON
AREAS, et al.

15  Dated: 10/02/2012

UNITED STATES DEPATMENT OF
JUSTICE, CIVLI DIVISION

/S/

PETER BRYCE
Attorney for
KATHLEEN SEBELIUS, as Secretary of
the United States Department of Health and
Human Services

FC7054                - 2 -        STIPULATION FOR DIMISSAL; [PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing therefore.

IT IS HEREBY ORDERED THAT:

The above-captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(ii) without fees and cost being assessed to either party.

Dated: Oct. 5, 2012         By: _____



IT IS SO ORDERED
Judge Charles R. Breyer